**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

JESIKA OWENS,

      Plaintiff,

v.                                             Case No: 5:16-cv-15-Oc-40PRL

SSRM1, LLC, MARIE BURLESON,
MIKE SHEA and SAMUEL BENEBY,

      Defendants.
_____/

## **ORDER**

This cause is before the Court on the Joint Motion for Approval of Settlement, Dismissal of this Matter (Doc. 23) filed on March 9, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 28, 2017 (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement, Dismissal of this Matter (Doc. 23) is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff's general release in Paragraph 5 is **MODIFIED** to include only Plaintiff's FLSA claims against the named Defendants, the general release is otherwise **STRICKEN**.

4. The waiver of future employment in Paragraph 6 is **STRICKEN**.

5. The Court **FINDS** that the Settlement Agreement, with the modifications set forth above, to be a fair and reasonable compromise of Plaintiff's FLSA claims.

6. The case is **DISMISSED WITH PREJUDICE**.

7. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 17, 2017.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties